Conor Granahan (SBN 240756)
GRANAHAN LAW, P.C.
235 Montgomery Street, Suite 440
San Francisco, California 94104
Telephone: (415) 830-3325
Facsimile: (415) 504-1957
conor@granahanlegal.com

*Attorneys for Plaintiff*
MORHAF BARAKAT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORHAF BARAKAT,<br><br>    Plaintiff(s),<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant. | Case No.: 20-cv-02248-JCS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

- 1 -

BARAKAT V. COSTCO – DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and among the undersigned counsel of record, on behalf of all the parties to this action, in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that this action and all claims asserted by Plaintiff Morhaf Barakat against Defendant Costco Wholesale Corporation shall be and hereby are dismissed with prejudice. Each party shall bear his/its own costs and attorneys' fees.

SO STIPULATED.

Dated:  January 18, 2022                                    GRANAHAN LAW, P.C.

                                                            By:  /s/ Conor Granahan
                                                                 CONOR GRANAHAN
                                                                 Attorneys for Plaintiff
                                                                 MORHAF BARAKAT

Dated:  January 18, 2022                                    FORD, WALKER, HAGGARTY & BEHAR, LLP

                                                            By:  /s/ Arthur Casey
                                                                 ARTHUR CASEY
                                                                 Attorneys for Defendant
                                                                 COSTCO WHOLESALE CORPORATION

Dated: January 18, 2022

*IT IS SO ORDERED*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 3 -

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I, the filer of this document attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Executed on January 18, 2022, in San Francisco, California.

By: __/s/ *Conor Granahan*__
Conor Granahan, Esq.
Attorney for Plaintiff